CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 24 2014

JULIA A. DOOLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TIMOTHY JASON BOURNE, | CASE NO. 7:14CV00160 |
| Plaintiff, | |
| v. | FINAL ORDER |
| SOUTHWEST VIRGINIA REGIONAL JAIL AUTHORITY, ET AL., | By: Glen E. Conrad<br>Chief United States District Judge |
| Defendant(s). | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 24th day of June, 2014.

/s/ Glen E. Conrad
Chief United States District Judge